**Original filed 3/22/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT STEARNS, | ) | No. C 03-0562 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION |
| | ) | FOR PROTECTIVE ORDER |
| vs. | ) | WITHOUT PREJUDICE; |
| | ) | DENYING MOTION FOR |
| | ) | SERVICE WITHOUT |
| PHILLIP FLORES, et al, | ) | PREJUDICE |
| | ) | |
| Defendants. | ) | |
| | ) | (Docket Nos. 31, 33) |

Plaintiff originally filed a civil rights action in the United States District Court for the Eastern District of California. After Plaintiff filed an amended complaint in that Court on August 27, 2002, the Court ordered Plaintiff's claims that related to events that occurred at Pelican Bay State Prison ("PBSP") transferred to this Court. On September 15, 2004, the Court dismissed Plaintiff's complaint with leave to amend, to include only those claims relating to the incidents at Pelican Bay State Prison and the Defendants involved in the PBSP claims. On September 16, 2005, the Court granted Plaintiff's motion to file an amended complaint. Plaintiff has filed a motion for protective order and a motion for service of the amended complaint.

\\\

1  Because the Court has yet to review the amended complaint, Plaintiff's motion for
2  protective order and motion for service of the amended complaint (docket nos. 31, 33) are
3  DENIED without prejudice. The Court will review the amended complaint pursuant to
4  28 U.S.C. 1915A and, if appropriate, order service of the amended complaint in a
5  separate written order. The Clerk shall terminate the pending motions (docket nos. 31,
6  33) and send Plaintiff a copy of the docket sheet with this order.
7       IT IS SO ORDERED.
8  DATED: 3/20/06

JEREMY FOGEL
United States District Judge

Order Denying Motion for Protective Order Without Prejudice; Denying Motion for Service Without Prejudice
P:\pro-se\sj.jf\cr.03\Stearns562misc2

1 | This is to certify that on _____3/22/06_____, a copy of this ruling was mailed to the following:

Scott Stearns
J-61801
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95531-7500

Order Denying Motion for Protective Order Without Prejudice; Denying Motion for Service Without Prejudice
P:\pro-se\sj.jf\cr.03\Stearns562misc2